**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**STANLEY CORDELL THOMPSON**                                                      **MOVANT**

**V.**                                                                                          **NO.: 1:15CR123-SA**

**UNITED STATES OF AMERICA**                                                      **RESPONDENT**

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Movant's § 2255 motion [76] is **DENIED**. A certificate of appealability from this decision is **DENIED**.

**SO ORDERED** this the 20th day of October, 2017.

                                                                               **/s/ Sharion Aycock**
                                                                               **U.S. DISTRICT JUDGE**